AARON D. FORD
Attorney General
CAMERON P. VANDENBERG (Bar No. 4356)
Chief Deputy Attorney General
Email: cvandenberg@ag.nv.gov
STEPHANIE A. CHARTER (Bar No. 5249)
Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
(775) 687-2132 (phone)
(775) 688-1822 (fax)
Email: scharter@ag.nv.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA SPENCER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel, DIVISION OF CHILD AND FAMILY SERVICES, a State Agency.<br><br>Defendant. | Case No. 2:19-cv-00953-JAD-GWF<br><br>**STIPLUATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1(a) and Fed. R. Civ. P. 6(b)(1)(A), Defendant, STATE OF NEVADA, ex rel., DIVISION OF CHILD AND FAMILY SERVICES, and Plaintiff, LISA SPENCER, by and through their undersigned counsel, stipulate to extend the deadline from July 1, 2019, to July 26, 2019, for the Defendant to file its initial responsive pleading to Plaintiff's Complaint which was filed on June 5, 2019, and served on the Defendant on June 10, 2019. This is the first such request by the Defendant in this matter for an extension of time. This Stipulation and Order is being filed prior to the initial July 1, 2019, deadline.

/ / /

Local Rule IA 6-1(a) provides that stipulations to extend time must set forth the

1

reasons for the requested extension. The basis for the requested extension is to provide Defendant's counsel sufficient time to confer with the client regarding the allegations set forth in the Complaint and to prepare an appropriate responsive pleading. In addition, the Plaintiff at this initial stage of the case will not be prejudiced by the extension of time. Accordingly, the parties, by and through undersigned counsel, hereby stipulate that the deadline for the STATE OF NEVADA, ex rel., DIVISION OF CHILD AND FAMILY SERVICES, to file its responsive pleading shall be July 26, 2019.

DATED this 21st day of June, 2019.

| HKM Employment Attorneys LLP | AARON D. FORD<br>Attorney General |
|---|---|
| By: */s/ Jenny Foley*<br>JENNY FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>MARTA D. KURSHUMOVA, ESQ.<br>Nevada Bar No. 14728<br>1785 E. Sahara Ave., Ste. 300<br>Las Vegas, NV 89104<br>*Attorneys for Plaintiff,*<br>*Lisa Spencer* | By: */s/ Cameron P. Vandenberg*<br>CAMERON P. VANDENBERG<br>Nevada Bar No. 4356<br>Chief Deputy Attorney General<br>STEPHANIE A. CHARTER<br>Nevada Bar No. 5249<br>Deputy Attorney General<br>*Attorneys for Defendant* |

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 24, 2019