```
1  JENNY L. FOLEY, Ph.D., ESQ.
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   MARTA D. KURSHUMOVA, ESQ.
3  Nevada Bar No. 14728
   E-mail: mkurshumova@hkm.com
4  HKM EMPLOYMENT ATTORNEYS LLP
   1785 East Sahara, Suite 325
5  Las Vegas, Nevada 89104
   Tel: (702) 625-3893
6  Fax: (702) 625-3893
   E-mail: jfoley@hkm.com
7  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LISA SPENCER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel., DIVISION OF CHILD AND FAMILY SERVICES, a State Agency,<br><br>Defendant. | CASE NO.: 2:19-cv-00953-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff Lisa Spencer may have additional time within which to submit Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

1. Under the Federal Rules of Civil Procedure, Plaintiff's Opposition would be due August 6, 2019. See Fed. R. Civ. P. 12(a)(4)(A).

2. On August 6, 2019, Marta D. Kurshumova, counsel for Plaintiff, conferred with Stephanie A. Charter, counsel for Defendant, regarding the timing of Plaintiff's Opposition. Counsel for Defendant consented to Plaintiff's request to enlarge the time for filing the reply by four (4) days, which would make the new deadline Friday, August 9, 2019.

3. Good cause exists for this extension as Ms. Kurshumova is new to the case and needs additional time to review the case file.

4. The extension will not result in undue delay in the administration of this cause.

5. No other enlargement of time has been previously requested in this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 9, 2019.

Dated: August 6, 2019

OFFICE OF THE ATTORNEY GENERAL

By: */s/ Stephanie Charter*
    STEPHANIE A. CHARTER (Bar No. 5249)
    Deputy Attorney General
    555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
    (702) 486-8727 (phone)
    (702) 486-3768 (fax)
    scharter@ag.nv.gov
    *Attorneys for Defendant*

Dated: August 6, 2019

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Marta Kurshumova*
    JENNY L. FOLEY (Bar No. 9017)
    MARTA D. KURSHUMOVA (Bar No. 14728)
    1785 East Sahara, Suite 300
    Las Vegas, Nevada 89104
    Telephone: (702) 625-3893
    Facsimile: (702) 625-3895
    Email: jfoley@hkm.com
    Email: mkurshumova@hkm.com
    *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED:**

Dated: _____, 2019

_____
United States Magistrate Judge